# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

JUAN CORTES-MEZA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CRIMINAL ACTION NO.
1:08-CR-00055-04-RWS

## ORDER

This case is before the Court for consideration of the Report and Recommendation [438] of Magistrate Judge Gerrilyn G. Brill recommending dismissal of Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. 2255 [437], and Petitioner's *pro se* Motion to Dismiss [442]. After due consideration, Petitioner's Motion to Dismiss Without Prejudice [442] is hereby **GRANTED**. Accordingly, the earlier filed Section 2255 Motion [437] is **DENIED, AS MOOT**.

**SO ORDERED** this 2nd day of July, 2013.

RICHARD W. STORY
United States District Judge